49,097-05

The Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Texas 78711

ABEL ACOSTA, CLERK.

2-17-15

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 20 2015
Abel Acosta, Clerk

Re: Requesting
WR-49,997-05
Cause F-8466-A

Dear Sir.

Will you please provide me with a copy of the following:

1. A copy of the white card denying motion for rehearing.

2. A copy of denying applicant's pro se motion filed 7-28-14

3. A copy of supplemental recs ie. finding of fact and conclusion of law from the 8th district court of Franklin county Mount Vernon Texas filed on 7-14-2014.

note: Please be advised that applicant never recieved a copy of these three documents from the district court nor court of criminal appeals

Respectfully
request.nt
Charles Kay #487217
12071 FM 3522
Robertson unit
Abilene, TX 79601